

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2016

No. 04-15-00390-CR

Rebecca Fayelayne **NELSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5543
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice

The panel has considered Appellant Rebecca Fayelayne Nelson's motion for rehearing; the motion is DENIED. See TEX. R. APP. P. 49.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court